## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**RONALD BRIAN EMFINGER**                                   **PLAINTIFF**

**v.**                              **CASE NO. 5:25-cv-05075-DCF**

**LA ZETA 95.7 INC.**                                       **DEFENDANT**

---

## VERDICT FORMS

---

1. Ownership and Infringement

2. Originality

3. Merger Doctrine

4. Affirmative Defense – Fair Use (17 U.S.C. § 107)

5. Damages

## SPECIAL VERDICT FORM NO. 1

## OWNERSHIP AND INFRINGEMENT

**Note:** Complete each of the following paragraphs by marking the answer required by your findings. You must answer each of the following questions:

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff created and owns the copyright in the video at issue and that the work was validly registered?

Answer Yes or No __YES__

IF "NO," do not answer further questions. Sign and date this form and notify the Court.

IF "YES," proceed to Question 2.

2. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant infringed Plaintiff's copyright (e.g., by reproducing, distributing, publicly displaying, or otherwise violating one or more exclusive rights without authorization)?

Answer Yes or No __NO__

IF "NO," do not answer further questions. Sign and date this form and notify the Court.

IF "YES," proceed to the next Special Verdict Form No. 4 (Fair Use).



5|19|2026
Date

Foreperson

## SPECIAL VERDICT FORM NO. 2

### ORIGINALITY

**Note:** Complete each of the following paragraphs by marking the answer required by your findings. You must answer each of the following questions:

To be entitled to copyright protection, a work must be original, as defined by Final Instruction No. 10.

Do you find by a preponderance of the evidence:

**Question No. 1.** That the Video is factual in nature?

Answer Yes or No _____

**Question No. 2.** That the Video has at least some minimal degree of creativity?

Answer Yes or No _____

**Question No. 3.** If your answer to Question No. 2 is "No," your answer to this Question should be "No": Do you find the Video is Original?

Answer Yes or No _____

If your answer to Question No. 3 is "Yes," proceed to the next Special Verdict Form. If your answer to Question No.3 is "No," do not proceed to any further Special Verdict Form, and your verdict shall be for Defendant on Plaintiff's claim of copyright infringement.

_____
Date

_____
Foreperson

# SPECIAL VERDICT FORM NO. 3

## MERGER DOCTRINE

**Note:** Complete each of the following paragraphs by marking the answer required by your findings. You must answer each of the following questions:

1. Do you find that Ronald Brian Emfinger is seeking copyright protection in this matter that may only be expressed in so few ways that to protect the expression would effectively grant Ronald Brian Emfinger a monopoly over matter that isn't protectable by copyright?

Answer Yes or No _____

If your answer to this question is "Yes" for any of the material in which Ronald Brian Emfinger is claiming copyright protection, you should exclude that material from the material Ronald Brian Emfinger's copyright infringement claim can be based on.

## SPECIAL VERDICT FORM NO. 4

## AFFIRMATIVE DEFENSE – FAIR USE (17 U.S.C. § 107)

Note: Complete each of the following paragraphs by marking the answer required by your findings. You must answer each of the following questions:

Question No. 1: Did Defendant prove by a preponderance of the evidence that it used the work for the purpose of news reporting?

Answer Yes or No _____

Question No. 2: Did Defendant prove by a preponderance of the evidence that its use of the video was noncommercial?

Answer Yes or No _____

Question No. 3: Did Defendant prove by a preponderance of the evidence that Plaintiff's video is factual – not creative – in nature?

Answer Yes or No _____

Question No. 4: Did Defendant copy a substantial portion of the video?

Answer Yes or No _____

Question No. 5: Did Defendant prove by a preponderance of the evidence that its use of the video did not impact or harm Plaintiff's actual or potential markets for the work?

Answer Yes or No _____

# SPECIAL VERDICT FORM NO. 5

## DAMAGES

### OPTION 1 — ACTUAL DAMAGES AND PROFITS (17 U.S.C. § 504(b))

1. State the amount of Emfinger's actual damages caused by the infringement that you find will fairly and justly compensate Emfinger for the loss in the fair market value of the copyrighted work, measured by the profits Emfinger lost due to the infringement or by the value of the use of the copyrighted work to Defendant:

   $_____

### OPTION 2 — STATUTORY DAMAGES (17 U.S.C. § 504(c))

2. Has Plaintiff proven by a preponderance of the evidence that Defendant's infringement was willful, as defined in Final Instruction No. 15?

   Answer Yes or No _____

IF "YES", ANSWER NUMBER 3 BELOW
IF "NO" SKIP TO NUMBER 4 BELOW

3. If you find Defendant's infringement was willful (Question 2), state the statutory damages amount you award to Plaintiff for the infringement of the video (between $750 - $150,000 per work):

   $ _____

4. Has Defendant proven by a preponderance of the evidence that it was an innocent infringer (i.e., it was not aware and had no reason to believe its acts constituted infringement)?

   Answer Yes or No _____

IF "YES", ANSWER NUMBER 5 BELOW
IF "NO" SKIP TO NUMBER 6 BELOW

5. If you find innocent infringement (Question 4), state the statutory damages amount you award to Plaintiff for the infringement of the video (between $200 - $30,000 per work):

   $ _____

6. If you did not find willfulness or innocence above, state the statutory damages amount you award to Plaintiff for the infringement of the video (between $750 to $30,000 per work):

   $ _____

_____                    _____
Date                                Foreperson